# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CHAD MARZEN,

    Plaintiff,

v.                                       CASE NO. 4:20-cv-220-WS/MAF

JOHN THRASHER, in his official
Capacity as the President of Florida
State University and the FLORIDA
STATE UNIVERSITY
BOARD OF TRUSTEES,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Maria A. Santoro, of the law firm of Dennis, Jackson, Martin & Fontela, P.A., hereby gives notice of her appearance as counsel for Defendant, JOHN THRASHER, in his official capacity as the President of FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, and requests that copies of all future pleadings, correspondence, etc., be forwarded to her at the below listed address.

                                            **DENNIS, JACKSON, MARTIN, & FONTELA**

                                            *Maria A. Santoro*
                                            **MARIA A. SANTORO**
                                            FBN 0654809

    1591 Summit Lake Drive, Suite 200
    Tallahassee, FL 32317
    Telephone: (850) 422-3345
    Facsimile: (850) 422-1325
    Primary Email:    maria@djmf-law.com
    Secondary Email:    teresa@djmf-law.com
        MAS.assist@djmf-law.com

*Attorney for Defendants John Thrasher, and Florida State University Board of Trustees*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via the CM/ECF system on this 14th day of May 2020 to:

    Marie Mattox, Esquire
    MARIE MATTOX, P.A.
    310 East Bradford Road
    Tel: (850) 383-4800
    Fax: (850) 383-4801
    Tallahassee, Florida 32303
    Primary Email: marie@mattoxlaw.com
    Secondary:    marlene@mattoxlaw.com
        michelle2@mattoxlaw.com

*Maria A. Santoro*
**MARIA A. SANTORO**