UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD MARZEN,

    Plaintiff,

v.                                      CASE NO. 4:20-cv-220-WS/MAF

JOHN THRASHER, in his official
Capacity as the President of Florida
State University and the FLORIDA
STATE UNIVERSITY
BOARD OF TRUSTEES,

    Defendants.
_____/

## JOINT REPORT OF PARTIES PLANNING MEETING

COMES NOW the Defendants, FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, herein after ("UNIVERSITY"), and JOHN THRASHER, in his official Capacity as the President of Florida State University by and through the undersigned counsel in accordance with the Order of the Court (ECF Doc. 3) and hereby provides the following information:

1. **Meeting of the Parties**: Pursuant to Fed.R.Civ.P. 26(f) the parties conferred telephonically through their counsel on **May 29, 2020**, identified as follows: Marie A. Mattox, Counsel for Chad Marzen, Plaintiff, Maria A. Santoro, Counsel for John Thrasher and Florida State University.

2. **Initial Disclosures**: The parties will exchange the information required by Fed. R. Civ. P., 26(a)(1) on or before **June 20, 2020.**

3. **Discovery Plan**: The parties propose to the Court the following discovery plan:

    a. Discovery will be needed on all aspects of the Amended Complaint filed by the Plaintiff, all defenses set forth by the Defendants and all the Plaintiff's claims for damages.

    b. The parties will conduct discovery so that the due date of any discovery requested shall not be later than **January 20, 2021.** The parties would request that the deadlines be extended because this matter is based on facts which will necessitate the deposition of numerous witnesses.

    c. The parties request limitation of requests for admissions, requests for production and interrogatories. Interrogatories will be limited to thirty (30), requests for admissions are limited to twenty (20), and requests for production are allowed according to applicable Federal Rules of Civil Procedure and Local Rules of this Court.

    d. Number of depositions: The parties would request a limit of ten (10) depositions to be taken per party with a possibility of up to fifteen (15)

Case 4:20-cv-00220-WS-MAF   Document 8   Filed 06/05/20   Page 3 of 7

Chad Marzen v. John Thrasher, et al.
Case No.: 4:20-cv-00220-WS-MAF
Joint Report of Parties Planning Meeting
Page **3** of 7

depositions with the consent of the parties or with Court approval, upon motion.

e. The total duration of any deposition shall not exceed 7 hours, and no deposition shall proceed beyond 5:00 p.m. at the location of the deponent absent prior agreement of all parties or with leave of Court. No deposition shall begin before 8:00 a.m. absent prior agreement of all parties.

f. The parties request that the deadlines be extended such that Reports from retained experts under Rule 26(a)(2) are due:

> Plaintiff's expert reports are due by **October 1, 2020**. and
>
> Defendants reports are due by **October 31, 2020.**
>
> Plaintiff's rebuttal reports are due 30 days from Defendants' expert report(s), if any.

g. Each party shall supplement any previously served disclosure or discovery response within a reasonable time after learning of additional information pertaining to the subject matter of disclosure or the original discovery request. To the extent electronic discovery is produced:

Case 4:20-cv-00220-WS-MAF   Document 8   Filed 06/05/20   Page 4 of 7

Chad Marzen v. John Thrasher, et al.
Case No.: 4:20-cv-00220-WS-MAF
Joint Report of Parties Planning Meeting
Page **4** of **7**

    i. The parties agree to the production of data reasonably available in the ordinary course of business.

    ii. The parties agree to the exchange of documents and information in ".pdf" format except as otherwise noted herein. The exchange of information will take place by the production of optical discs (thumb drive, CD or DVD) containing .pdf copies of the produced material.

    iii. Digital photographs shall be produced in .jpg, .bmp format.

h. Each party is likely to request or produce information from electronic or computer-based media limited to data reasonably available to the parties in the ordinary course of business. Reasonable measures have been taken to preserve potential discoverable data from alteration or destruction in the ordinary court of business or otherwise. Should either party inadvertently produce privileged information that information shall immediately be returned to producing party.

i. The parties request that all evidence produced by a party in response to a discovery request made under the Federal Rules of Civil Procedure is deemed to be authenticated, and no other proof of authentication for admission at trial is necessary, unless the producing party specifically

Case 4:20-cv-00220-WS-MAF   Document 8   Filed 06/05/20   Page 5 of 7

Chad Marzen v. John Thrasher, et al.
Case No.: 4:20-cv-00220-WS-MAF
Joint Report of Parties Planning Meeting
Page **5** of 7

notes in writing and contemporaneously with production of the evidence to the requesting party the grounds for waiver of or objection to the presumption of authentication. All other objections are not waived by said production.

4. **Other Items.**

   a. The parties do not request a conference with the Court before entry of the Scheduling Order.

   b. The parties request a Pre-Trial Conference on a date set by the Court, but preferably 30 days prior to trial.

   c. The joinder of parties and amendments to the pleadings shall be filed with the time required by the Federal Rules of Civil Procedure and Local Rules. The parties request that the joinder of parties and amendments to the pleadings should be allowed until **July 15, 2020.**

   d. The parties request that all potentially dispositive motions should be filed as promptly as possible, but, unless otherwise permitted by Court Order, not later than **February 1, 2021.**

Case 4:20-cv-00220-WS-MAF   Document 8   Filed 06/05/20   Page 6 of 7

Chad Marzen v. John Thrasher, et al.
Case No.: 4:20-cv-00220-WS-MAF
Joint Report of Parties Planning Meeting
Page **6** of **7**

e. Settlement may be enhanced by the use of mediation. Mediation may be attempted by the parties after substantial completion of discovery or by Court Order after the close of discovery.

f. Final list of witnesses and exhibits under Rule 26(a)(3) should be due in accordance with the trial scheduling order from this Court due no later than 30 days prior to trial.

g. Parties should have one week after the service of the final list of witnesses and exhibits to list objections under Rule 26(a) (3).

h. The parties agree this case should be ready for trial by **April 2021.**

i. This is longer than the Court prefers, this is due to the additional defendants, discovery, and the recent pandemic. This trial date also builds in additional time between the close of discovery and trial to allow sufficient time for consideration of dispositive motions.

j. The jury trial is expected to take **4 days.**

k. The parties have conferred on the matter of magistrate jurisdiction over the case.

l. This case will not be subject to the manual for complex litigation.

Case 4:20-cv-00220-WS-MAF   Document 8   Filed 06/05/20   Page 7 of 7

Chad Marzen v. John Thrasher, et al.
Case No.: 4:20-cv-00220-WS-MAF
Joint Report of Parties Planning Meeting
Page **7** of **7**

The parties respectfully request that these timetables and cutoff dates be approved.

Respectfully submitted this 5th day of June 2020.

**DENNIS, JACKSON, MARTIN, & FONTELA**

| | |
|---|---|
| */s/ Maria A. Santoro* | */s/ Marie A. Mattox* |
| **MARIA A. SANTORO** | **Marie A. Mattox** |
| FBN 0654809 | FBN 0739685 |
| 1591 Summit Lake Drive, Suite 200 | MARIE A. MATTOX, P. A. |
| Tallahassee, FL 32317 | 203 North Gadsden Street |
| Telephone: (850) 422-3345 | Tallahassee, FL 32301 |
| Facsimile: (850) 422-1325 | Telephone: (850) 383-4800 |
| Primary Email: maria@djmf-law.com | Facsimile: (850) 383-4801 |
| Secondary Email: | Primary Email: marie@mattoxlaw.com |
| teresa@djmf-law.com | Secondary Email: |
| MAS.assist@djmf-law.com | marlene@mattoxlaw.com |
| | michelle2@mattoxlaw.com |
| *Attorney for Defendants* | *Attorney for Plaintiff* |