UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD MARZEN,

    Plaintiff,

v.                                                              4:20cv220–WS/MAF

JOHN THRASHER, in his
official capacity as the President of
Florida State University, and the FLORIDA
STATE UNIVERSITY BOARD OF
TRUSTEES,

    Defendants.

_____

ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (ECF No. 8). The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

1. The parties' proposed alternative discovery schedule is hereby ADOPTED.

2. All discovery shall be commenced in time to be completed by January 20, 2021.

3. Potentially dispositive motions, if any, shall be filed by February 1, 2021.

4. Plaintiff's counsel shall advise the court on or before January 20, 2021, whether and when the parties will attend mediation.

DONE AND ORDERED this   12th   day of    June   , 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE