**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CHAD MARZEN,

      Plaintiff,

v.                            CASE NO.: 4:20-cv-220-WS/MAF

JOHN THRASHER, in his official
capacity as the President of the Florida
State University and the FLORIDA
STATE UNIVERSITY
BOARD OF TRUSTEES,

      Defendant.

_____/

### MEDIATION REPORT

    The parties to the above cause submitted their issues to mediation on October 20, 2020. All issues have been resolved.

                    /s/ Jason O'Steen
                    JASON O'STEEN
                    Florida Bar No. 52783
                    **O'STEEN & O'STEEN, P.L.**
                    2900 East Park Ave.
                    Tallahassee, Florida 32301
                    Email: jason@osteenosteen.com
                    (850) 877-1028
                    *Mediator*

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U. S. Mail to Marie A. Mattox, Esq at Marie A. Mattox, P.A., 203 N Gadsden Street Tallahassee, Florida 32301Maria Santoro, Esq at Dennis, Jackson, Martin & Fontela, P.A. 1591 Summit Lake Drive, Suite 200, Tallahassee, Florida 32317-5589, on this 18th day of December, 2020.

                    /s/ Jason O'Steen
                    Attorney

FILED USDC FLND TL
DEC 21 '20 PM 4:18

TALLAHASSEE FL 323

18 DEC 2020  PM 3  L



Happy
Holidays

FOREVER / USA

United States District Court
Northern District of Florida
Tallahassee Division
111 N. Adams Street, Suite 322
Tallahassee, Florida 32301-7717

32301-773097